NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FUENTE MARKETING LTD.,**
*Appellant*

**v.**

**VAPOROUS TECHNOLOGIES, LLC,**
*Appellee*

---

2024-1460

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91270800.

---

**ON MOTION**

---

Before BRYSON, *Circuit Judge*.

**O R D E R**

Vaporous Technologies, LLC moves without opposition pursuant to Federal Circuit Rule 25.1(d)(3) to redact from

its response brief 26 unique words[1] relating to confidential contract information.

The court notes that the tendered confidential and nonconfidential versions of the response brief include the following errors:

(1) Neither version of the brief includes a clear argument heading or a standard of review. *See* Fed. R. App. P. 28(a)(8); Fed. Cir. R. 28(a)(9).

(2) Neither version of the brief includes a certificate of compliance with type-volume limitations. *See* Fed. Cir. R. 28(a)(12) & 32(b)(3).

(3) Neither version of the brief is text-searchable, and the nonconfidential version is not flattened. *See* Elec. F. Proc. IV.A.11.b & e.

(4) The nonconfidential version does not include a legend on the page(s) where material has been redacted. *See* Fed. Cir. R. 25.1(e)(1)(B); Practice Notes to Rule 25.1 ("Noting Redactions in the Nonconfidential Version").

(5) The nonconfidential version does not include a paragraph describing the confidential material in the table of contents. *See* Fed. Cir. R. 25.1(e)(1)(B).

(6) The confidential version does not include "confidential" included in the title and does not enclose the confidential material in brackets or indicate the material by highlighting. *See* Fed. Cir. R. 25.1(e)(1)(A).

---

[1] The Certificate of Confidential Material attached to the nonconfidential version of the response brief, ECF No. 26 at 38, states that the document contains 28 unique words marked confidential, but it appears Vaporous identified the total number of words, not the number of unique words.

(7) Neither version includes the proper name of the appellee, as identified in the caption, in the title of the brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted, but ECF Nos. 24 and 26 are not accepted for filing. Corrected versions of Vaporous's response brief, addressing the compliance issues described in this order, are due no later than seven days from the date of entry of this order.

FOR THE COURT

October 23, 2024
Date

Jarrett B. Perlow
Clerk of Court