# United States Court of Appeals for the Federal Circuit

---

**FUENTE MARKETING LTD.,**
*Appellant*

**v.**

**VAPOROUS TECHNOLOGIES, LLC,**
*Appellee*

---

2024-1460

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91270800.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

April 8, 2026
Date

Jarrett B. Perlow
Clerk of Court